UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN CLARK<br>909 Longfellow Street NW, Apt. 205<br>Washington, DC 20011<br>Plaintiff, | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | Case No. |
| TIDEWATER MACK, INC.<br>301 Bull Dog Drive<br>Chesapeake, VA 23320 | )<br>)<br>)<br>) | |
| serve:<br>Crenshaw Ware & Martin<br>PLC, Registered Agent<br>1 Commercial Place<br>Norfolk, VA 23510<br>and | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| G&H SALES ASSOCIATES, INC.<br>930 East Little Creek Road<br>Norfolk, VA 23518 | )<br>)<br>)<br>) | |
| serve:<br>Robert M. Reed<br>Registered Agent<br>555 Main Street, Suite 1400<br>PO Box 3747<br>Norfolk, VA 23514<br>and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| "JOHN DOE"<br>Unknown individual | )<br>)<br>) | |
| and | )<br>) | |
| "JANE DOE, INC."<br>Unknown corporate and/or business<br>entity<br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>) | |

**COMPLAINT**

COMES NOW the Plaintiff, Joan Clark, by and through her attorney, Ernest W. McIntosh, respectfully represents as follows:

## JURISDICTION AND VENUE

1. Plaintiff Joan Clark is and at all times herein mentioned was a resident of the District of Columbia.

2. Defendant Tidewater Mack, Inc. is and all times herein mentioned was a duly licensed corporation incorporated in Virginia with its principal place of business located in Virginia.

3. Defendant G&H Associates, Inc. is and all times herein mentioned was a duly licensed corporation incorporated in Virginia with its principal place of business located in Virginia.

4. Defendant John Doe is an unknown individual with residence unknown as of the date of the filing of this complaint. Upon information and belief, Defendant John Doe is a resident of the Commonwealth of Virginia.

5. Defendant Jane Doe, Inc. is an unknown corporate and/or business identity with principal place of business and/or place of incorporation unknown as of the date of the filing of this complaint. Upon information and belief, Defendant Jane Doe, Inc. is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.

6. Jurisdiction of this court is invoked in accordance with 28 U.S.C.A. §1332(a)(1).

7. Venue is proper pursuant to 28 U.S.C.A. §1391(a)(2).

## NEGLIGENCE

Plaintiffs re-pleads and incorporates by reference herein each and every allegation set forth above and further states as follows:

8. On or about May 13, 2005, Plaintiff, a passenger in a vehicle, was traveling westbound in the 800 block of Southern Avenue SE in the District of Columbia.

9. At all relevant times herein, the driver of the car in which Plaintiff was a passenger exercised due care and acted in a reasonable manner while operating her motor vehicle.

10. Two unknown individuals driving a 2003 Jaguar, which, upon information and belief was owned by one or more of the defendants, operated the vehicle in an easterly direction on Southern Avenue SE in the District of Columbia, in such a manner as to cause it to collide with the front of the vehicle in which Plaintiff was a passenger.

11. The impact of the collision caused both vehicles to spin out of control and come to a complete stop.

12. Both individuals in the 2003 Jaguar jumped out of the vehicle and fled into the wooded area in the 800 block of Southern Avenue SE in the District of Columbia.

13. At all times mentioned herein, Defendants owed a continuing duty to maintain security and/or control of their vehicle in a reasonable and prudent manner with due regard to other persons and operators of motor vehicles then and there lawfully upon the public streets.

14. The collision referred to herein was caused by the negligence of one or more of the defendants, who failed to secure and/or control their vehicle and failed to obey the laws, rules and regulations of the District of Columbia then and there in full force and effect. At all times mentioned herein, Plaintiff Joan Clark and the driver of the vehicle in

which Ms. Clark was a passenger were free of negligence or contributory negligence.

15. As a direct and proximate result of the negligence of Defendants aforesaid, the Plaintiff sustained serious and permanent personal injuries, was made sick, sore, maimed and disoriented; her nervous system was shocked and injured; she sustained various severe and painful injuries including a severed aorta, fractures to her left elbow, right leg, left hip and left eye socket. Plaintiff suffered a permanent injury, still suffers and will continue to suffer in the future as a result thereof; was compelled to expend various sums of money for medicine, medical aid and treatment and Plaintiff will be compelled to continue to pay for said items in the future. Plaintiff was also compelled to lose significant time and income from her employment. The aforementioned injuries will also diminish Plaintiff's opportunity to earn future income.

WHEREFORE, the Plaintiff demands judgment of and against Defendants, jointly and severally, in the sum of TEN MILLION DOLLARS ($10,000,000.00) plus interest and costs of this action.

Respectfully Submitted,

 /s/ Ernest W. McIntosh
Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814
(301) 654-3400
Attorney for Plaintiff

**JURY DEMAND**

Plaintiff requests trial by a jury as to all counts herein.

 /s/ Ernest W. McIntosh
Ernest W. McIntosh, Jr.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Joan Clark

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue, Suite 700E
Bethesda, MD 20814
(301) 654-3400

**DEFENDANTS**

Tidewater Mack, Inc. et al

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** 88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**ATTORNEYS (IF KNOWN)**

---

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⊙ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ⊙ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**⊙ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)** OR **○ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Jurisdiction of this court is invoked in accordance with 28 U.S.C.A. 1332(a)(1); venue is proper pursuant to 28 U.S.C.A. 1391(a)(2)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 10,000,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES   NO ☒   If yes, please complete related case form.

**DATE**   **SIGNATURE OF ATTORNEY OF RECORD**   *[signature]*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.