**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOAN CLARK** | ) | |
| **909 Longfellow Street NW, Apt. 205** | ) | |
| **Washington, DC 20011** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| **TIDEWATER MACK, INC.** | ) | |
| **301 Bull Dog Drive** | ) | |
| **Chesapeake, VA 23320** | ) | |
| | ) | |
| serve: | ) | |
| **Crenshaw Ware & Martin** | ) | |
| **PLC, Registered Agent** | ) | |
| **1 Commercial Place** | ) | |
| **Norfolk, VA 23510** | ) | |
| and | ) | |
| | ) | |
| **G&H SALES ASSOCIATES, INC.** | ) | |
| **930 East Little Creek Road** | ) | |
| **Norfolk, VA 23518** | ) | |
| | ) | |
| serve: | ) | |
| **Robert M. Reed** | ) | |
| **Registered Agent** | ) | |
| **555 Main Street, Suite 1400** | ) | |
| **PO Box 3747** | ) | |
| **Norfolk, VA 23514** | ) | |
| and | ) | |
| | ) | |
| **"JOHN DOE"** | ) | |
| **Unknown individual** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **"JANE DOE, INC."** | ) | |
| **Unknown corporate and/or business** | ) | |
| **entity** | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

**COMPLAINT**

COMES NOW the Plaintiff, Joan Clark, by and through her attorney, Ernest W. McIntosh, respectfully represents as follows:

## JURISDICTION AND VENUE

1. Plaintiff Joan Clark is and at all times herein mentioned was a resident of the District of Columbia.

2. Defendant Tidewater Mack, Inc. is and all times herein mentioned was a duly licensed corporation incorporated in Virginia with its principal place of business located in Virginia.

3. Defendant G&H Associates, Inc. is and all times herein mentioned was a duly licensed corporation incorporated in Virginia with its principal place of business located in Virginia.

4. Defendant John Doe is an unknown individual with residence unknown as of the date of the filing of this complaint. Upon information and belief, Defendant John Doe is a resident of the Commonwealth of Virginia.

5. Defendant Jane Doe, Inc. is an unknown corporate and/or business identity with principal place of business and/or place of incorporation unknown as of the date of the filing of this complaint. Upon information and belief, Defendant Jane Doe, Inc. is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.

6. Jurisdiction of this court is invoked in accordance with 28 U.S.C.A. §1332(a)(1).

7. Venue is proper pursuant to 28 U.S.C.A. §1391(a)(2).

## NEGLIGENCE

Plaintiffs re-pleads and incorporates by reference herein each and every allegation set forth above and further states as follows:

8. On or about May 13, 2005, Plaintiff, a passenger in a vehicle, was traveling westbound in the 800 block of Southern Avenue SE in the District of Columbia.

9. At all relevant times herein, the driver of the car in which Plaintiff was a passenger exercised due care and acted in a reasonable manner while operating her motor vehicle.

10. Two unknown individuals driving a 2003 Jaguar, which, upon information and belief was owned by one or more of the defendants, operated the vehicle in an easterly direction on Southern Avenue SE in the District of Columbia, in such a manner as to cause it to collide with the front of the vehicle in which Plaintiff was a passenger.

11. The impact of the collision caused both vehicles to spin out of control and come to a complete stop.

12. Both individuals in the 2003 Jaguar jumped out of the vehicle and fled into the wooded area in the 800 block of Southern Avenue SE in the District of Columbia.

13. At all times mentioned herein, Defendants owed a continuing duty to maintain security and/or control of their vehicle in a reasonable and prudent manner with due regard to other persons and operators of motor vehicles then and there lawfully upon the public streets.

14. The collision referred to herein was caused by the negligence of one or more of the defendants, who failed to secure and/or control their vehicle and failed to obey the laws, rules and regulations of the District of Columbia then and there in full force and effect. At all times mentioned herein, Plaintiff Joan Clark and the driver of the vehicle in

which Ms. Clark was a passenger were free of negligence or contributory negligence.

15. As a direct and proximate result of the negligence of Defendants aforesaid, the Plaintiff sustained serious and permanent personal injuries, was made sick, sore, maimed and disoriented; her nervous system was shocked and injured; she sustained various severe and painful injuries including a severed aorta, fractures to her left elbow, right leg, left hip and left eye socket. Plaintiff suffered a permanent injury, still suffers and will continue to suffer in the future as a result thereof; was compelled to expend various sums of money for medicine, medical aid and treatment and Plaintiff will be compelled to continue to pay for said items in the future. Plaintiff was also compelled to lose significant time and income from her employment. The aforementioned injuries will also diminish Plaintiff's opportunity to earn future income.

WHEREFORE, the Plaintiff demands judgment of and against Defendants, jointly and severally, in the sum of TEN MILLION DOLLARS ($10,000,000.00) plus interest and costs of this action.

Respectfully Submitted,

　　/s/ Ernest W. McIntosh　　
Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814
(301) 654-3400
Attorney for Plaintiff

## JURY DEMAND

Plaintiff requests trial by a jury as to all counts herein.

　　/s/ Ernest W. McIntosh　　
Ernest W. McIntosh, Jr.