IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK,<br><br>    *Plaintiff*,<br><br>v.<br><br>TIDEWATER MACK, INC., et al.,<br><br>    *Defendants*. | Case No. 1:07cv00883 (RJL)<br><u>Next Deadline:</u> June 7, 2007<br>(Responsive Pleadings Due) |

### DEFENDANT TIDEWATER'S CONSENT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Defendant Tidewater Mack, Inc. ("TMI"), by counsel and pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure, hereby files this Consent Motion for Enlargement of Time in Which to File a Responsive Pleading. This Court should grant TMI's Consent Motion for Enlargement in Which to File Responsive Pleadings because (1) TMI notified this Court of the extension request several days before its responsive pleadings were due, and, in any event, (2) TMI's failure to file a responsive pleading within the time prescribed by Rule 12 is, at worst, excusable neglect.

WHEREFORE, for the reasons stated in this Motion and in the accompanying Memorandum of Points and Authorities in Support of Defendant Tidewater's Consent Motion for Enlargement of Time in Which to File a Responsive Pleading, TMI respectfully requests that this Court (1) grant this Consent Motion for Enlargement of Time in Which to File a Responsive Pleading; (2) order Defendant Tidewater Mack, Inc.'s responsive pleadings due on or before August 6, 2007; and (3) award any other relief as this Court may deem just and appropriate.

**NO ORAL ARGUMENT REQUESTED.**

Dated: June 12, 2007                                    Respectfully Submitted,

                                                        **TIDEWATER MACK, INC.**

                                                        *By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5220

_____
M. Melissa Glassman, Esq. (D.C. Bar No. 417074)
Anand V. Ramana, Esq. (D.C. Bar No. 489478)


**OF COUNSEL:**

**CRENSHAW, WARE, & MARTIN, P.L.C**
1200 Bank of America Center
One Commercial Place
Norfolk, Virginia 23510
Tel: (757) 623-3000
Fax: (757) 623-5735

_____
Donald C. Schultz, Esq. (*not admitted to this bar*)

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2007, I served a true and correct copy of the foregoing document via first-class U.S. mail on:

> Ernest W. McIntosh, Jr., Esq.
> Newman, McIntosh & Hennessey, LLP
> 7315 Wisconsin Avenue
> Suite 700E
> Bethesda, Maryland 20814
> *Counsel for Plaintiff*

_____
Anand V. Ramana