IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK,<br><br>*Plaintiff,*<br><br>v.<br><br>TIDEWATER MACK, INC., et al.,<br><br>*Defendants.* | Case No. 1:07cv00883 (RJL)<br><u>Next Deadline:</u> June 7, 2007<br>(Responsive Pleadings Due) |

## DEFENDANT TIDEWATER'S RULE 7.1 CORPORATE DISCLOSURES

I, the undersigned, counsel of record for Defendant Tidewater Mack, Inc. ("TMI"), and pursuant to Federal Rule of Civil Procedure 7.1(b) and Local Rule 7.1, hereby certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of TMI which have any outstanding securities in the hands of the public:
**NONE**.


Dated: June 12, 2007                             Respectfully Submitted,

                                                 **TIDEWATER MACK, INC.**

                                                 *By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5220

_____
M. Melissa Glassman, Esq. (D.C. Bar No. 417074)
Anand V. Ramana, Esq. (D.C. Bar No. 489478)

**OF COUNSEL:**

**CRENSHAW, WARE, & MARTIN, P.L.C**
1200 Bank of America Center
One Commercial Place
Norfolk, Virginia 23510
Tel: (757) 623-3000
Fax: (757) 623-5735

_____
Donald C. Schultz, Esq. (*not admitted to this bar*)

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2007, I served a true and correct copy of the foregoing document via first-class U.S. mail on:

> Ernest W. McIntosh, Jr., Esq.
> Newman, McIntosh & Hennessey, LLP
> 7315 Wisconsin Avenue
> Suite 700E
> Bethesda, Maryland 20814
> *Counsel for Plaintiff*

_____
Anand V. Ramana