AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOAN CLARK

**SUMMONS IN A CIVIL CASE**

V.

TIDEWATER MACK, INC. et al

Case: 1:07-cv-00883
Assigned To : Leon, Richard J.
Assign. Date : 5/10/2007
Description: Personal Injury

TO: (Name and address of Defendant)

TIDEWATER MACK, INC.
301 Bull Dog Drive
Chesapeake, VA 23320
Serve:
Crenshaw Ware & Martin
PLC, Registered Agent
1 Commercial Place
Norfolk, VA 23510

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          MAY 10 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** May 18, 2007 |

| NAME OF SERVER *(PRINT)* Nancy G. Wood | TITLE Private Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Serving Don Schultz, Registered Agent, authorized to accept. Service was completed at 1 Commercial Place, Norfolk, VA 23510

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _May 18, 2007_      _Nancy G. Wood_
          Date              Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009

Address of Server

* Notice of Right to Consent to Trial Before United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.