IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN CLARK
    Plaintiff,

v.                                      Civil Action No. 1:07cv-00883
                                          Judge Richard J. Leon

TIDEWATER MACK, INC.

 And

G&H SALES ASSOCIATES, INC.

And

JOHN DOE
Unknown Individual

And

JOHN DOE, INC.
Unknown Corporate and/or
business entity

    Defendants,

_____/

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

    I, the undersigned counsel of record for G&H Sales Associates, Inc. certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of G&H Sales Associates, inc. which have any outstanding securities in the hands of the public. These representations are made in order that the Judges of this Court may determine the need for recusal.

Respectfully submitted,

**G&H SALES ASSOCIATES, INC.**

/s/ Stephen a. Horvath,
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
Shorvath@vadctriallaw.com
*Counsel for G&H Sales Associates, inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Certificate was** served electronically on the 17th day of July, 2007 using the EM/EFC system, which will then send a notification of such filing (NEF) to the following:

Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 7003
Bethesda, Maryland 20814
*Counsel for Plaintiff, Joan Clark*

Anand V. Ramana, Esquire
McGuire Woods, LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
*Counsel for Defendant Tidewater Mack, Inc.*

/s/ Stephen A. Horvath
Stephen A. Horvath