IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN CLARK
    Plaintiff,

v.                                                    Civil Action No. 1:07cv-00883
                                                      Judge Richard J. Leon

TIDEWATER MACK, INC.

 And

G&H SALES ASSOCIATES, INC.

And

JOHN DOE
Unknown Individual

And

JOHN DOE, INC.
Unknown Corporate and/or
business entity

    Defendants,

_____/

**DEFENDANT G&H SALES ASSOCIATES, INC.'S CONSENT MOTION
TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING**

COMES NOW, the defendant, G&H Sales Associates, Inc., by counsel, and without consenting to this Court's jurisdiction, and expressly reserving all objections regarding this Court's *in personam* jurisdiction, hereby files this Consent Motion for an Extension of Time within which to file Responsive Pleading.  There has been no previous request for an extension of time by this defendant.  The co-defendant, Tidewater Mack, Inc. has already obtained a similar extension of time, and for the reasons stated in the Memorandum

of Points and Authorities in Support of the Motion, as well as the Memorandum of Points in Support of Tidewater Mack, Inc.'s Motion for Extension of Time, this Court should extend the time up to August 6, 2007 within which to file a responsive pleading.

          Respectfully submitted,

          **G&H SALES ASSOCIATES, INC.**

          /s/ Stephen A. Horvath
          Stephen A. Horvath, Esquire
          D.C. Bar No. 417137
          3920 University Drive
          Fairfax, Virginia 22030
          Phone: (703) 385-1000;
          Fax: (703) 385-1555
          Shorvath@vadctriallaw.com
          *Counsel for G&H Sales Associates, inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **Consent Motion to Extend Time within Which to File Responsive Pleadings** was served electronically on the 17th day of July, 2007 using the EM/EFC system, which will then send a notification of such filing (NEF) to the following:

Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 7003
Bethesda, Maryland 20814
*Counsel for Plaintiff, Joan Clark*

Anand V. Ramana, Esquire
McGuire Woods, LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
*Counsel for Defendant Tidewater Mack, Inc.*

                                          /s/ Stephen A. Horvath
                                          Stephen A. Horvath