IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN CLARK

Plaintiff,

v.

Civil Action No. 1:07cv-00883
Judge Richard J. Leon

TIDEWATER MACK, INC.

And

G&H SALES ASSOCIATES, INC.

And

JOHN DOE
Unknown Individual

And

JOHN DOE, INC.
Unknown Corporate and/or
business entity

Defendants,

___________________________________/

**DEFENDANT G& H SALES ASSOCIATES, INC. AND TIDEWATER MACK, INC.'S JOINT CONSENT MOTION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

COME NOW, the defendants, G&H Sales Associates, inc. and Tidewater Mack, Inc., by counsel, and without consenting to this Court's *in personam* jurisdiction, and expressly reserving all objections regarding jurisdiction, hereby file this Consent Motion for Extension of Time within which to File a Responsive

Pleadings. In support thereof, the defendants rely upon their Memorandum of Points and Authorities.

I

Respectfully submitted,

**G&H SALES ASSOCIATES, INC.**

/s/ Stephen a. Horvath
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
*Counsel for G&H Sales Associates, Inc.*
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
Shorvath@vadctriallaw.com

**TIDEWATER MACK, INC.**

/s/
Anand V. Ramana, Esquire
D.C. Bar No. 489478
*Counsel for Tidewater Mack, Inc.*
McGuire Woods, LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Phone: 703-712-5415
Fax: 703-720-5220
aramana@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Motion** was served electronically on the 17th day of July, 2007 using the EM/EFC system, which will then send a notification of such filing (NEF) to the following:

Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 7003
Bethesda, Maryland 20814
*Counsel for Plaintiff, Joan Clark*

/s/ Stephen a. Horvath
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
*Counsel for G&H Sales Associates, Inc.*
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
Shorvath@vadctriallaw.com

/s/
Anand V. Ramana, Esquire
D.C. Bar No. 489478
*Counsel for Tidewater Mack, Inc.*
McGuire Woods, LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Phone: 703-712-5415
Fax: 703-720-5220
aramana@mcguirewoods.com

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN CLARK

Plaintiff,

v.

Civil Action No. 1:07cv-00883
Judge Richard J. Leon

TIDEWATER MACK, INC.

And

G&H SALES ASSOCIATES, INC.

And

JOHN DOE
Unknown Individual

And

JOHN DOE, INC.
Unknown Corporate and/or
business entity

Defendants,
_________________________________/

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT G& H SALES ASSOCIATES, INC. AND TIDEWATER MACK, INC.'S JOINT CONSENT MOTION TO EXTEND TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

G&H Sales Associates, Inc. and Tidwater Mack, Inc. submit this Memorandum of Points and Authorities in Support of their Consent Motion to Extend Time within which to File Responsive Pleadings.

This matter arises out of an automobile accident which allegedly occurred on May 10, 2005 in the District of Columbia. The plaintiff alleges that a John Doe was driving a 2003 Jaguar which collided with the plaintiff's vehicle, causing the plaintiff serious personal injuries. The allegations are quite limited, and the plaintiff only asserts that there are "one or more of the defendants" who own the vehicle that was driven by John Doe.

Since the filing of the Complaint and the first Motion for Extension of Time within which to File Responsive Pleadings was filed, counsel for both Tidewater Mack, Inc. and G&H Sales Associates, Inc. have been working with counsel for the plaintiff to address the issue concerning the ownership of the vehicle in question. Both G&H Sales Associates, Inc. and Tidewater Mack, Inc. have indicated to the plaintiff's counsel that their clients did not own the vehicle which was the subject matter of this lawsuit at the time of the collision and never owned such a vehicle. Counsel for the plaintiff has been attempting to verify these facts, and has been attempting to obtain information from third parties which would allow him to consent to a Motion to Dismiss these parties with prejudice.

It is anticipated that if this case were to go forward, that there would be significant jurisdictional issues which would require substantial time and effort on the part of all of the parties and counsel to resolve. It is further understood and anticipated by the parties that the plaintiff's counsel's continued investigation in this matter will confirm the lack of involvement of G&H Sales Associates, Inc. , as well as Tidewater Mack, Inc.'s involvement in the case.

Under Rule 6, Fed. R. Civ. P., this Court has the discretion to extend the time within which to file a responsive pleading. Here, the extension of time being sought was initially

suggested by the plaintiff's counsel. The plaintiff's counsel does not want to put the defendants' counsel to any additional and unnecessary burdens, and suggested that the parties jointly seek an extension of time within which to respond to the Complaint. Because of the agreement of counsel, the ongoing nature of the litigation, and the lack of any prejudice, this Court should extend the time within which to file responsive pleadings.

The parties respectfully request sixty (60) days, which would provide more than sufficient time for the plaintiff's counsel to be able to complete the investigation necessary to allow the dismissal of the defendants.

WHEREFORE, this Court should grant an extension of time up to October 5, 2007 within which to file responsive pleadings.

By filing this Memorandum, G&H Sales Associates, Inc. and Tidewater Mack, Inc. are expressly reserving any objections they may have to the Court's *in personam* jurisdiction.

Respectfully submitted,

**G&H SALES ASSOCIATES, INC.**

/s/ Stephen a. Horvath

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
*Counsel for G&H Sales Associates, Inc.*
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
Shorvath@vadctriallaw.com

**TIDEWATER MACK, INC.**

/s/ ______________________________
Anand V. Ramana, Esquire
D.C. Bar No. 489478
*Counsel for Tidewater Mack, Inc.*
McGuire Woods, LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Phone: 703-712-5415
Fax: 703-720-5220
aramana@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Memorandum** was served electronically on the 17th day of July, 2007 using the EM/EFC system, which will then send a notification of such filing (NEF) to the following:

Ernest W. McIntosh, Jr.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 7003
Bethesda, Maryland 20814
*Counsel for Plaintiff, Joan Clark*

/s/ Stephen a. Horvath
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
*Counsel for G&H Sales Associates, Inc.*
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
Shorvath@vadctriallaw.com

/s/ ______________________________

Anand V. Ramana, Esquire
D.C. Bar No. 489478
*Counsel for Tidewater Mack, Inc.*
McGuire Woods, LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Phone: 703-712-5415
Fax: 703-720-5220
aramana@mcguirewoods.com

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN CLARK

Plaintiff,

v.

Civil Action No. 1:07cv-00883
Judge Richard J. Leon

TIDEWATER MACK, INC.

And

G&H SALES ASSOCIATES, INC.

And

JOHN DOE
Unknown Individual

And

JOHN DOE, INC.
Unknown Corporate and/or
business entity

Defendants,

____________________________________/

**O R D E R**

UPON CONSIDERATION of the Joint Consent Motion by G& H Sales Associates, Inc. and Tidewater Mack, Inc. for an extension of time within which to file a responsive pleading, and

IT APPEARING to the Court that good cause has been shown, and that there has been consent to the extension of time and that it is appropriate, and