IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN CLARK

       Plaintiff,

v.                                                        Civil Action No. 1:07cv-00883
                                                        Judge Richard J. Leon
                                                         Next Event: Responsive Pleadings
TIDEWATER MACK, INC.               Due – October 5, 2007

 And

G&H SALES ASSOCIATES, INC.

And

JOHN DOE
Unknown Individual

And

JOHN DOE, INC.
Unknown Corporate and/or
business entity

       Defendants,

_____/

**DEFENDANT, G&H SALES ASSOCIATES, INC.'S
ANSWER AND GROUNDS OF DEFENSE AND
MOTION TO DISMSS FOR LACK OF JURISDICTION**

COMES NOW, the defendant, G&H Sales Associates, Inc. (hereinafter "G&H), by counsel, and for its Answer and Grounds of Defense and Motion to Dismiss for Lack of *in Personam* Jurisdiction, submits the following:

**MOTION TO DISMISS FOR LACK OF JURISDICTION**

The defendant, G&H hereby moves this Honorable Court to Dismiss this matter for lack of *in personam* jurisdiction. G&H is a Virginia corporation, with its only place of business in the

Commonwealth of Virginia. It does not transact any business in the District of Columbia, is not licensed to do business in the District of Columbia, has no agents or employees in the District of Columbia, and has not committed any act or omission in the District of Columbia. Further, there has been no act or omission by G&H Sales Associates, Inc. which has occurred in the Commonwealth of Virginia which subsequently caused an injury in the District of Columbia. Pursuant to Rule 12 (B) (2), Fed. R. Civ. P., the defendant hereby requests that this Court dismiss it from the matter as this Court has no *in personam* jurisdiction over the defendant, G&H Sales Associates, Inc.

## ANSWER AND GROUNDS OF DEFENSE

### First Defense

This Court lacks *in personam* jurisdiction over the defendant, G&H.

### Second Defense

The Complaint fails to state a claim upon which relief can be granted.

### Third Defense

In response to the specific allegations contained in the Complaint, G&H states the following:

1. G&H is without sufficient knowledge to be able respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

2. G&H is without sufficient knowledge to be able to respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

3. The allegations contained in paragraph no. 3 are admitted.

4. G&H is without sufficient knowledge to be able to respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

5. G&H is without sufficient knowledge to be able to respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

6. The allegations contained in paragraph no. 6 are denied.

7. The allegations contained in paragraph no. 7 are denied.

## Count I - Negligence

In response to the unnumbered Count I, Negligence, G&H incorporates its responses to paragraph nos. 1 through 7.

8. G&H is without sufficient knowledge to be able to respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

9. G&H is without sufficient knowledge to be able to respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

10. G&H is without sufficient knowledge to be able to respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

11. G&H is without sufficient knowledge to be able to  respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

12. G&H is without sufficient knowledge to be able to respond to paragraph no. 1, and, therefore, denies these allegations and demands strict proof thereof.

13. The allegations contained in paragraph no. 13 are denied.

14. The allegations contained in paragraph no. 14 are denied.

15. The allegations contained in paragraph no. 15 are denied.

16. Any allegation not specifically admitted is hereby denied.

### Fourth Defense

This defendant reserves the right to raise all defenses as the facts of this case may show. If the facts of the case were to show that there is contributory negligence, assumption of the risk, negligence of another, last clear chance, or sudden emergency, the defendant is reserving the right to assert these defenses at that time.

### Fifth Defense

G&H is not the correct party in this matter. It is not the owner of the vehicle described and was never the owner of the vehicle described.

WHEREFORE, the defendant, G&H Sales Associates, Inc., prays that it be dismissed from this matter, that judgment be entered in favor of G&H Sales Associates, Inc. and against the plaintiff, along with all other relief as the Court may deem appropriate.

### Jury Demand

The defendant demands a trial by jury as to all issues.

> Respectfully submitted,
>
> **G&H ASSOCIATES, INC.**
> By Counsel

/s/_____
Stephen A. Horvath, Esquire
Trichilo, Bancroft, McGavin,
 Horvath & Judkins, P.C.
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000
Fax: (703) 385-1555
Shorvath@vadctriallaw.com
*Counsel for G&H Sales Associates, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 5th day of October, 2007, a copy of the foregoing **Answer and Grounds of Defense and Motion to Dismiss** was served electronically to the following:

    Ernest W. McIntosh, Jr., Esquire
    Newman, McIntosh & Hennessey, LLP
    7315 Wisconsin Avenue
    Suite 7003
    Bethesda, Maryland 20814
    emcintosh@nmhlaw.net
    *Counsel for Plaintiff, Joan Clark*

    Anand V. Ramana, Esquire
    McGuire Woods, LLP
    1750 Tysons Boulevard, Suite 1800
    McLean, Virginia  22101-3892
    aramana@mcguirewoods.com
    *Counsel for Defendant, Tidewater Mack, Inc.*

        /s/_____
        Stephen A. Horvath, Esquire
        Trichilo, Bancroft, McGavin,
         Horvath & Judkins, P.C.
        D.C. Bar No. 417137
        3920 University Drive
        Fairfax, Virginia 22030
        Phone: (703) 385-1000
        Fax: (703) 385-1555
        Shorvath@vadctriallaw.com
        *Counsel for G&H Sales Associates, Inc.*