UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-CV-00883 |
| ) | Jude Richard J. Leon |
| v. ) | |
| ) | |
| TIDEWATER MACK, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |

**NON-PARTY METROPOLITAN POLICE DEPARTMENT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND**

Pursuant to Fed. R. Civ. P. 6 (b) (1), the District of Columbia Metropolitan Police Department, by undersigned counsel, hereby respectfully requests this short extension of time – to October 19, 2007 – to respond to the plaintiff's Motion to Compel. A Memorandum of Points and Authorities and proposed Order is attached hereto. Undersigned counsel was unsuccessful in her attempt to obtain the consent of plaintiff's counsel prior to filing this motion.

DATE: October 15, 2007

                                            Respectfully submitted,

                                            LINDA SINGER
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division


                                            NICOLE LYNCH (471953)
                                            Chief, Section II

`

   /s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General, D.C.
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001
Carol.Connoly@dc.gov
(202) 724-6511
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK , )<br>)<br>Plaintiff,          )<br>)<br>v.                     )<br>)<br>TIDEWATER MACK, INC. *et al.*  )<br>)<br>Defendants.     )<br>) | C.A. No. 07-CV-00883<br>Jude Richard J. Leon |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE NON-PARTY METROPOLITAN POLICE DEPARTMENT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND**

The Defendant District of Columbia respectfully submits this Memorandum of Points and Authorities in Support of its Motion for an Enlargement of Time to respond to Plaintiff's Motion to Compel.  On October 1, 2007, plaintiff filed a Motion to Compel against the Metropolitan Police Department, seeking additional documents and an additional 30(b)(6) designee.  The additional time is sought to allow the undersigned counsel to obtain the necessary information to file an appropriate response.

Fed. R. Civ. P. 6 (b) (1) permits the enlargement of time for cause shown if the request is made before the expiration of the period originally prescribed, which is true in this case.  Further, neither party will be prejudiced by this short extension of time nor will there be a disruption to these proceedings if the Court grants the instant motion.

WHEREFORE, the District of Columbia Metropolitan Police Department respectfully requests this Honorable Court grant this short extension to October 19, 2007 to respond to plaintiff's Motion to Compel.

3

DATE: October 15, 2007

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division


                                          NICOLE LYNCH (471953)
                                          Chief, Section II

                                          /s/ Carol A. Connolly
                                          CAROL A. CONNOLLY (468126)
                                          Assistant Attorney General, D.C.
                                          441 4th Street, NW, 6th Floor South
                                          Washington, D.C. 20001
                                          Carol.Connoly@dc.gov
                                          (202) 724-6511
                                          (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK , ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-CV-00883 |
| ) | Jude Richard J. Leon |
| v. ) | |
| ) | |
| TIDEWATER MACK, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

Upon consideration of the NON-PARTY METROPOLITAN POLICE DEPARTMENT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND, and the entire record herein, it is hereby:

ORDERED, that the motion is hereby GRANTED, and it is

FURTHER ORDERED, that the District of Columbia Metropolitan Police Department shall respond by October 19, 2007.

DATE:_____         _____
                               Judge Richard Leon
                               United States District Court