

**Nicole McCarus <nmccarus@waranch-brown.com>**
Sent by: Kaurie Dorfler <kdorfler@waranch-brown.com>

10/19/2007 10:03 AM

To    baklaw@aol.com, Timothy.fizer@zurichna.com
cc    Larry Waranch <lwaranch@waranch-brown.com>
bcc
Subject    Fuesel, et al. v. Guest Services, et al., Our File No. 5366.013

Nicole A. McCarus, Esq.
Waranch & Brown, LLC
1301 York Road
Suite 300
Lutherville, Maryland 21093
PH:    (410) 821-6505
FAX:    (410) 821-3501


Fuesel 2007-1019 Lambert encl executed release and stip kld.doc