**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOAN CLARK,

    *Plaintiff*,

v.         Case No. 1:07cv00883 (RJL)

TIDEWATER MACK, INC., et al.,

    *Defendants*.

**NOTICE OF SUBSTITUTION OF APPEARANCE**

Please substitute the appearance of Timothy E. Fizer and Krause, Fizer, Crogan & Lopez, and strike the appearance of Anand V. Ramana and McGuireWoods, LLP as counsel for the defendant Tidewater Mack, Inc.

Dated: October 16, 2007         Respectfully Submitted,

    **TIDEWATER MACK, INC.**

    *By Counsel*

\_\_\_\_/s/_____     \_\_\_\_/s/_____
Anand V. Ramana, Esq. #489478     Timothy E. Fizer, #366705
**MCGUIREWOODS LLP**     **KRAUSE, FIZER, CROGAN & LOPEZ**
1750 Tysons Boulevard, Suite 1800     P.O. Box 926
McLean, Virginia 22101-3892     Baltimore, Maryland 21203
Tel: (703) 712-5000     Tel. 410.261.3879
Fax: (703) 712-5220     Fax 410.261.3888
E-mail: aramana@mcguirewoods.com     e-mail timothy.fizer@zurichna.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2007, I served a true and correct copy of the foregoing document via electronic mail and first-class U.S. mail, postage prepaid, on:

>Ernest W. McIntosh, Jr., Esq.
>NEWMAN, MCINTOSH & HENNESSEY, LLP
>7315 Wisconsin Avenue
>Suite 700E
>Bethesda, Maryland 20814
>*Counsel for Plaintiff Joan Clark*
>
>Stephen A. Horvath, Esq.
>TRICHOLO, BANCROFT, MCGAVIN,
>HORVATH & JUDKINS, P.C.
>3920 University Drive
>Fairfax, Virginia 22030
>*Counsel for Defendant G&H Sales Associates, Inc.*

_____/s/_____
Timothy E. Fizer