UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOAN CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-CV-00883 |
| | ) | Judge Richard J. Leon |
| v. | ) | Hearing 1/14/08 |
| | ) | |
| TIDEWATER MACK, INC. *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NON-PARTY, THE METROPOLITAN POLICE DEPARTMENT'S MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S HEARING BRIEF**

Non-party, the Metropolitan Police Department ("MPD"), hereby respectfully requests an enlargement of time – to January 9, 2008 – to respond to Plaintiff's Hearing Brief. In support of its motion, MPD states:

On December 11, 2007, a hearing was scheduled before the Honorable Judge Deborah Robinson on Plaintiff's Motion to Compel. A few hours before the hearing, Plaintiff filed an 11 page Hearing Brief. MPD moved to strike the brief as an improper filing, however, this Honorable Court orally ruled that the brief would not be stricken from the record, but that MPD would have until December 28, 2007, to respond and continued the matter until January 14, 2008.

On that same day, after the hearing was completed, MPD took steps to order the transcript of Officer Battle's deposition that Plaintiff repeatedly cited to in his Hearing Brief. However, it was not until, today, December 28, 2007, that undersigned counsel obtained a copy

of her transcript. As such, undersigned counsel respectfully requests an enlargement of time to prepare a meaningful response.

In the meantime, undersigned counsel will continue to work with Plaintiff's counsel to try and resolve the discovery dispute. MPD has agreed to produce an alternative Rule 30(b)(6) witness for deposition if it would resolve the dispute, however, as MPD explained to Plaintiff they do not have any additional documents to produce and believe that Officer Battle was the best and most competent designee of the District pursuant to Plaintiff's Rule 30(b)(6) request.

Accordingly, an enlargement of time to respond to Plaintiff's Hearing Brief – to January 9, 2008 – is respectfully requested.

Undersigned counsel was unsuccessful in her attempt to contact Plaintiff's counsel, seeking his consent, prior to the filing of this motion.

Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        NICOLE L. LYNCH (471953)
        Chief, General Litigation Section II

        /S/ Carol A. Connolly
        CAROL A. CONNOLLY (468126)
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIDEWATER MACK, INC. *et al.* )<br>)<br>Defendants. )<br>) | C.A. No. 07-CV-00883<br>Judge Richard J. Leon |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
NON- PARTY MPD'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S HEARING BRIEF</u>**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.


Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia


        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        NICOLE L. LYNCH (471953)
        Chief, General Litigation Section II

        <u>/S/ Carol A. Connolly</u>
        CAROL A. CONNOLLY (468126)
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TIDEWATER MACK, INC. *et al.* )<br>)<br>    Defendants. )<br>) | C.A. No. 07-CV-00883<br>Judge Richard J. Leon |

### ORDER

Upon consideration of MPD's Motion for Extension of Time to Respond to Plaintiff's Hearing Brief, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2008,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that MPD may respond to Plaintiff's Hearing Brief on or before January 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

4