UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN CLARK | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:07-cv-00883 |
| | : | Judge Richard J. Leon |
| TIDEWATER MACK, INC. et al. | : | Magistrate Judge Deborah A. |
| | : |     Robinson |
|     Defendants. | : | |

## CONSENT MOTION TO CONTINUE THE MOTION HEARING SCHEDULED FOR JANUARY 14, 2008

The parties, pursuant to a telephone conference with Magistrate Judge Deborah A. Robinson's chambers on January 14, 2008, respectfully ask this Court for a continuance of the motion hearing from January 14, 2008 to February 11, 2008 at 9:30am.

As further grounds for this motion, the parties state that they are working together to resolve this matter. If the parties are able to resolve the matter prior to the February 11, 2008 hearing, the parties will file a Praecipe with the Court no later than February 8, 2008.

                                Respectfully Submitted,

                                /s/ Ernest W. McIntosh
                              Ernest W. McIntosh, Jr.
                              Newman, McIntosh & Hennessey, LLP
                              7315 Wisconsin Avenue, Suite 700E
                              Bethesda, MD 20814
                              (301) 654-3400

                                /s/ Carol Connolly
                              Carol Connolly, Esq.
                              General Litigation, Section III
                              District of Columbia Office of the Attorney General
                              441 4th Street NW, 6th Floor South
                              Washington, DC 20001

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion to Continue the Motion Hearing Set for January 14, 2008 was served electronically on January 14, 2008 using the EM/EFC system to:

Timothy E. Fizer, Esq.
Krause, Fizer, Crogan and Lopez
PO Box 926
Baltimore, MD 21203

Carol Connolly, Esq.
General Litigation, Section III
District of Columbia Office of the Attorney General
441 4th Street NW, 6th Floor South
Washington, DC 20001

and

Stephen A. Horvath, Esq.
Trichilo, Bancroft, McGavin, Horvath and Judkins, PC
3920 University Drive
Fairfax, VA 22030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN CLARK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 1:07-cv-00883 |
| | ) | Judge Richard J. Leon |
| TIDEWATER MACK, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

### ORDER

Upon consideration of the Consent Motion to Reschedule the Hearing Set for January 14, 2008, it is hereby:

**ORDERED** that Plaintiff's Motion be **GRANTED**;

**FURTHER ORDERED** that the motion hearing scheduled for January 14, 2008 is hereby set for:

**February 11, 2008**

**9:30am**

_____    _____
Date                                                               Magistrate Deborah A. Robinson

Copies to:

Ernest W. McIntosh, Esq.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814

Timothy E. Fizer, Esq.
Krause, Fizer, Crogan and Lopez
PO Box 926

- 4 -

Baltimore, MD 21203

Stephen A. Horvath, Esq.
Trichilo, Bancroft, McGavin, Horvath and Judkins, PC
3920 University Drive
Fairfax, VA 22030

and

Carol Connolly, Esq.
General Litigation, Section III
District of Columbia Office of the Attorney General
441 4th Street NW
6th Floor South
Washington, DC 20001