IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN CLARK

       Plaintiff,

v.                                                                        Civil Action No. 1:07cv-00883
                                                                      Judge Richard J. Leon

TIDEWATER MACK, INC.

 And

G&H SALES ASSOCIATES, INC.

And

JOHN DOE
Unknown Individual

And

JANE DOE, INC.
Unknown Corporate and/or
business entity

       Defendants,

_____/

**STIPULATION AND DISMISSAL WITH PREJUDICE**

COMES NOW, the plaintiff, Joan Clark, by and through counsel, and the defendants, Tidewater Mack, Inc. and G&H Sales Associates, Inc., by their respective counsel, and hereby stipulate and agree, pursuant to Rule 41, Fed. R. Civ. P., that all claims against Tidewater Mack, Inc. and G&H Sales Associates, Inc. should be dismissed with prejudice, with each party to bear their own costs, and that this case should then continue against the remaining defendants, John Doe, an unknown individual and Jane Doe, Inc.

/s/ Stephen A. Horvath
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
*Counsel for Defendant G&H Sales Associates, Inc.*
Trichilo, Bancroft, McGavin,
 Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000
Fax: (703) 385-1555
Shorvath@vadctriallaw.com


/s/ Ernest W. McIntosh, Jr.
Ernest W. McIntosh, Jr.
*Counsel for Plaintiff, Joan Clark*
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 7003
Bethesda, Maryland 20814
emcintosh@nmhlaw.net

/s/ Timothy E. Fizer
Timothy E. Fizer, Esquire
*Counsel for Defendant, Tidewater Mack, Inc.*
Krause, Fizer, Crogan & Lopez
P.O. Box 926
Baltimore, Maryland 21203
Phone:  410.261.3800
Fax:  410.261.3888
timothy.fizer@zurichna.com


      So ORDERED, this _____ day of _____, 2008.


                                                    _____
                                                    The Honorable Richard J. Leon