UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN CLARK | : | |
| | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. 1:07-cv-00883 |
| | : | Judge Richard J. Leon |
| TIDEWATER MACK, INC. et al. | : | Magistrate Judge Deborah A. |
| | : |     Robinson |
|     **Defendants.** | : | |

**CONSENT MOTION TO CONTINUE THE MOTION HEARING SCHEDULED FOR FEBRUARY 11, 2008**

The parties respectfully ask this Court for a continuance of the motion hearing from February 11, 2008 to March 3, 2008 at 9:30am.

As grounds for this motion, the parties state that they are continuing to work together in an effort to resolve this matter. If the parties are able to resolve the matter prior to the March 3, 2008 hearing, the parties will file a Praecipe with the Court no later than February 28, 2008.

    Respectfully Submitted,

      /s/ Ernest W. McIntosh
    Ernest W. McIntosh, Jr.
    Newman, McIntosh & Hennessey, LLP
    7315 Wisconsin Avenue, Suite 700E
    Bethesda, MD 20814
    (301) 654-3400

      /s/ Carol Connolly
    Carol Connolly, Esq.
    General Litigation, Section III
    District of Columbia Office of the Attorney General
    441 4th Street NW, 6th Floor South
    Washington, DC 20001

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Consent Motion to Continue the Motion Hearing Set for February 11, 2008 was served electronically on February 8, 2008 using the EM/EFC system to:

Carol Connolly, Esq.
General Litigation, Section III
District of Columbia Office of the Attorney General
441 4th Street NW, 6th Floor South
Washington, DC 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>TIDEWATER MACK, INC., et al., )<br>)<br>Defendants )<br>_____) | Case No. 1:07-cv-00883<br>Judge Richard J. Leon |

## ORDER

Upon consideration of the Consent Motion to Reschedule the Hearing Set for February 11, 2008, it is hereby:

**ORDERED** that Plaintiff's Motion be **GRANTED**;

**FURTHER ORDERED** that the motion hearing scheduled for February 11, 2008 is hereby set for:

**March 3, 2008**

**9:30am**

_____     _____
Date                                                                  Magistrate Deborah A. Robinson

Copies to:

Ernest W. McIntosh, Esq.
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Avenue
Suite 700E
Bethesda, MD 20814

and

- 4 -

Carol Connolly, Esq.
General Litigation, Section III
District of Columbia Office of the Attorney General
441 4th Street NW
6th Floor South
Washington, DC 20001