# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TIDEWATER MACK, INC. *et al.* )<br>)<br>    Defendants. )<br>) | C.A. No. 07-CV-00883<br>Judge Richard J. Leon |

## NON-PARTY, THE METROPOLITAN POLICE DEPARTMENT'S MOTION TO ENLARGE

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Non-Party, the Metropolitan Police Department ("MPD"), hereby moves this Honorable Court to allow MPD additional time to on or before June 16, 2008, to file its Reply. The additional time sought will allow MPD to obtain the deposition and court hearing transcripts that are necessary for the preparation of its Reply. MPD's Memorandum of Points and Authorities in support hereof is attached hereto. A proposed Order is also attached.

Pursuant to LCvR 7(m), undersigned counsel was unsuccessful in her attempt to contact Plaintiff's counsel prior to filing the instant motion.

WHEREFORE, MPD respectfully requests that this Honorable Court grant its Motion to Enlarge and allow it until on or before June 16, 2008, to file its Reply.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General


/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
Washington, D.C. 20001
(202) 724-5611
(202) 727-0431 (fax)
E-mail: carol.connolly@dc.gov


Copies filed and served electronically through eFiling for Courts, this 14th day of May 2008 to: Ernest Macintosh.


/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIDEWATER MACK, INC. *et al.* )<br>)<br>Defendants. )<br>) | C.A. No. 07-CV-00883<br>Judge Richard J. Leon |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NON-PARTY, THE METROPOLITAN POLICE DEPARTMENT'S MOTION TO ENLARGE

Non-Party, the Metropolitan Police Department ("MPD"), by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of its Motion to Enlarge, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). This Motion is made for good cause as set forth below.

On April 28, 2008, MPD filed its Objection to Magistrate Judge Robinson's Order dated April 17, 2008, regarding Plaintiff's Motion to Compel and for Sanctions. In it, MPD argued in part that:

> MPD submits that the Magistrate Judge's Minute Order "to compel additional 30(b)(6) testimony and pay Plaintiff's attorney's fees and costs for appearing on April 17, 2008" is clearly erroneous in that (1) This Court has no jurisdiction in this case as Plaintiff voluntarily dismissed with prejudice the two named Defendants in January 2008 and the case should be close; (2) Magistrate Judge Robinson already ruled on February 27, 2008, on Plaintiff's motion to compel and for sanctions and denied in part Plaintiff's request for sanctions as Moot (*See* Docket at 2/27/08); and (3) Non-Party MPD already produced two competent designees pursuant to Rule 30(b)(6) in this case and should not be compelled to produce additional witnesses.

*See* Objection at 1. On May 8, 2008, Plaintiff filed her Response to MPD's Objection citing to specific deposition testimony of Officer Kevin Rachlin. *See* Opp. at 6-8.

Pursuant to LCvR 7(d), MPD's Reply is due on or before May 15, 2008. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown. In this case, MPD requests the additional time sought to obtain the necessary deposition and court hearing transcripts (including the transcript of the deposition of Officer Rachlin) and to prepare a Reply that incorporates these materials. These materials are necessary to support MPD's position that MPD has already complied with Plaintiff's 30(b)(6) request and that it is extremely prejudiced by being forced to produce an additional 30(b)(6) designee to testify to matters outside the scope of Plaintiff's original request. As such, this enlargement is sought to ensure that MPD is able to prepare an adequate submission for the Court that includes all necessary information.

Based on the above, MPD respectfully requests that this Honorable Court enter an Order pursuant to Fed. R. Civ. P. 6(b)(1), to allow MPD until on or before June 16, 2008, to file its Reply.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 /s/  Samuel C. Kaplan
SAMUEL C. KAPLAN (463350)
Assistant Deputy Attorney General

/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)

Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
Washington, D.C. 20001
(202) 724-5611
(202) 727-0431 (fax)
E-mail:  carol.connolly@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-CV-00883 |
| ) | Judge Richard J. Leon |
| v. ) | |
| ) | |
| TIDEWATER MACK, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Non-Party MPD's Motion to Enlarge, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that MPD's Motion to Enlarge be, and hereby is, GRANTED, and it is FURTHER ORDERED, that MPD's Reply is due on or before June 16, 2008.

SO ORDERED.

DATE: _____      _____
RICHARD J. LEON
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-CV-00883 |
| ) | Judge Richard J. Leon |
| v. ) | |
| ) | |
| TIDEWATER MACK, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Non-Party MPD's Motion to Enlarge, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that MPD's Motion to Enlarge be, and hereby is, GRANTED, and it is FURTHER ORDERED, that MPD's Reply is due on or before June 16, 2008.

SO ORDERED.

DATE: _____

_____
RICHARD J. LEON
United States District Judge