IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | |
|---|---|
| JOAN CLARK ) | |
| ) | |
| ) | |
| v. ) | CA NO. 1:07-cv-00883 |
| ) | Judge Richard J. Leon |
| JOHN DOE, et al. ) | |

------------------------------------------------

### PLAINTIFF'S MOTION TO STRIKE NON-PARTY METROPOLITAN POLICE DEPARTMENT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff Joan Clark, by and through her attorney, and pursuant to Federal Rules of Civil Procedure Rule 7(b) and District Court for the District of Columbia Local Rule 7 respectfully moves this Court to strike non-party Metropolitan Police Department's ("MPD") opposition to Plaintiff's Motion to Amend Complaint.

MPD is not a party to this action. Therefore, this Court should strike their opposition as an improper filing by a non-party.

Should this Court decide that MPD had authority to file their opposition, Plaintiff moves the Court for eleven (11) days from the signing of the order to file a Reply.

Plaintiff submits the following Memorandum of Points and Authorities in support of her motion.

Respectfully submitted,
By:   /s/ Ernest W. McIntosh
Ernest W. McIntosh
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400
*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
*Civil Division*

| | | |
|---|---|---|
| JOAN CLARK | ) | |
| | ) | |
| | ) | |
| v. | ) | CA NO. 1:07-cv-00883 |
| | ) | Judge Richard J. Leon |
| JOHN DOE, et al. | ) | |

------------------------------------------------------

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF HER MOTION TO STRIKE NON-PARTY METROPOLITAN POLICE DEPARTMENT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Non-party Metropolitan Police Department ("MPD") filed an opposition to Plaintiff's Motion to Amend Complaint on May 12, 2008. MPD is not a party to this lawsuit. Currently, the only defendants in this case are a John Doe and a Jane Doe, Inc. Until the Court rules on Plaintiff's Motion to Amend, MPD is not a party and, therefore cannot file an Opposition.

Rule 7(b) of The Rules of the United States District Court for the District of Columbia clearly states that:

> Within 11 days of the date of service or at such other time as the Court may direct, **an opposing party** shall serve and file a memorandum of points and authorities in opposition to the motion.

LcvR 7(b) (emphasis added.) **MPD is not an opposing party**. Therefore, MPD does not have authority to submit any opposition to Plaintiff's motion unless they are a named party in the case.

Recently, this Court addressed a similar fact pattern in *American Society For The Prevention of Cruelty To Animals v. Ringling Brothers and Barnum & Bailey Circus,* 244 F.R.D.

49 (DDC,2007). In that case, the Court held that a non-party response to a party's motion for leave to amend was improper and it was stricken. *Id.* at 53-54 ("Because WAP is not a party to this case nor has it sought leave to intervene and the Court therefore did not consider its response, the Court **grants** FEI's motion to strike WAP's response to the motion."). The Court should similarly grant Plaintiff's Motion to Strike where MPD is not a party.

WHEREFORE, the foregoing considered, this Court should grant Plaintiff's Motion to Strike Non-Party Metropolitan Police Department's Opposition to Plaintiff's Motion to Amend Complaint. In the event that the Court denies Plaintiff's motion, Plaintiff moves pursuant to Fed.R.Civ.P. 6(b)(1) for an enlargement of time of eleven (11) days from the signing of its Order denying Plaintiff's Motion to Strike in which to file a response.

Respectfully submitted,
By:     /s/ Ernest W. McIntosh
Ernest W. McIntosh
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to the United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing Motion to Amend Complaint was served via the CM/ECF electronic filing system on May 15, 2008 to:

Carol Connolly, Esq.

General Litigation, Section III

District of Columbia Office of the Attorney General

441 4th Street NW, 6th Floor South

Washington, DC 20001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Civil Division*

| | |
|---|---|
| **JOAN CLARK** ) | |
| ) | |
| ) | |
| **v.** ) | CA NO. 1:07-cv-00883 |
| ) | Judge Richard J. Leon |
| **JOHN DOE, et al.** ) | |

------------------------------------------------------

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Strike Non-Party Metropolitan Police Department's Opposition to Plaintiff's Motion to Amend Complaint, and any Opposition and Reply thereto, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED**, that the Plantiff's Motion to Strike is hereby **GRANTED**.

_____
The Honorable Richard J. Leon
United States District Court for the District of Columbia

**Copies to**:

Ernest W. McIntosh
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

and

Carol Connolly, Esq.
General Litigation, Section III
District of Columbia Office of the Attorney General
441 4th Street NW, 6th Floor South
Washington, DC 20001