# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN CLARK, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-CV-00883 |
| ) | Judge Richard J. Leon |
| v. ) | |
| ) | |
| TIDEWATER MACK, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |

## THE DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

Pursuant to Fed. R. Civ. P. 7(b), and 15(a), the District of Columbia (hereinafter the "District"), through undersigned counsel, hereby submits this memorandum of points and authorities in opposition to Plaintiff's Motion to Strike. Plaintiff argues that Non-Party, "the Metropolitan Police Department" is not a party to this action and therefore cannot file an Opposition. *See* Plaintiff's Memo to Strike at 1.

Plaintiff's motion is frivolous. The District of Columbia, not "the Metropolitan Police Department" filed an Opposition to Plaintiff's Motion to Strike. As such, Plaintiff is not entitled to such relief and the District's Opposition should not be stricken. For the reasons set forth below, the Court should deny his Motion.

On May 1, 2008, Plaintiff moved for leave to file an Amended Complaint and sought to add the District of Columbia as a Defendant. *See* Motion at 1.

On May 12, 2008, an Opposition to Plaintiff's Amended Complaint was filed by undersigned counsel on behalf of "the District of Columbia." It was titled "The District of Columbia's Opposition to Plaintiff's Motion for Leave to Amend." *See* Motion at 1.

On May 15, 2008, Plaintiff filed a Motion to Strike "Non-Party MPD's Opposition to Plaintiff's Motion for Leave to Amend the Complaint."  In it, Plaintiff argued incorrectly that "Non-Party MPD is not a party to the lawsuit" and therefore cannot file an Opposition.  *See* Memo at 1.

Here, Plaintiff's Motion to Strike should be denied because the District of Columbia, not "the Metropolitan Police Department" filled an Opposition to Plaintiff's Motion to Strike.  In its Opposition the District stated:

> The District of Columbia (hereinafter the "District") by and through undersigned counsel, and pursuant to FED. R. CIV. P. 15(a), respectfully move this Honorable Court to deny Plaintiff's Motion for Leave to File An Amended Complaint.

Opposition at 1.  Clearly, the District of Columbia is an adverse party and was permitted to file an opposition to Plaintiff's Motion to Strike.  Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, once a responsive pleading has been served, "a party may amend the party's pleading only by leave of the court or by written consent of the *adverse party*; and leave shall be freely given when justice requires." Fed. R. Civ. P. 15(a) [emphasis supplied.]  Nothing in the District's Opposition states that it was filed on behalf of MPD.  Plaintiff's motion is therefore meritless.

Accordingly, as Plaintiff has cited no basis for striking the District's Opposition to her Motion to Amend, it should therefore be denied.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/  Samuel C. Kaplan
                SAMUEL C. KAPLAN (463350)
                Assistant Deputy Attorney General

/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
Washington, D.C. 20001
(202) 724-5611
(202) 727-0431 (fax)
E-mail:  carol.connolly@dc.gov


Copies filed and served electronically through eFiling for Courts, this 27th day of May 2008 to: Ernest Macintosh.


/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOAN CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-CV-00883 |
| | ) | Judge Richard J. Leon |
| v. | ) | |
| | ) | |
| TIDEWATER MACK, INC. *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the Plaintiff's Motion to Strike, the District's opposition thereto, and the entire record herein, it is hereby:

ORDERED, that the Plaintiff's Motion to Strike be, and hereby is, DENIED.

SO ORDERED.

DATE: _____    _____

RICHARD J. LEON
United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                           )
**JOAN CLARK,**                            )
                                           )
      **Plaintiff,**      )   **C.A. No. 07-CV-00883**
                                           )   **Judge Richard J. Leon**
      v.                  )
                                           )
**TIDEWATER MACK, INC.** *et al.*          )
                                           )
      **Defendants.**     )
_____)


<u>ORDER</u>

Upon consideration of the Plaintiff's Motion to Strike, the District's opposition thereto, and the entire record herein, it is hereby:

ORDERED, that the Plaintiff's Motion to Strike be, and hereby is, DENIED.

SO ORDERED.

DATE: _____

      _____
          RICHARD J. LEON
                            United States District Judge