**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| JOAN CLARK ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **CA NO. 1:07-cv-00883** |
| ) | **Judge Richard J. Leon** |
| **ESTATE OF DAVID S. FLACH, et al.** ) | |
| **Defendants** ) | |

-----------------------------------------------------

### PLAINTIFF'S OPPOSITION TO
### DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS

Plaintiff Joan Clark, by and through her attorney, and pursuant to Federal Rules of Civil Procedure Rule 4(m) and District Court for the District of Columbia Local Rule 7(b) respectfully submits the following opposition to Defendant District of Columbia's Motion to Dismiss.

### I.   INTRODUCTION

Defendant District of Columbia's (hereinafter "DC") Motion to Dismiss should be denied because it is premature. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff has 120 days to effect service upon DC. This Court granted Plaintiff's Motion to Amend Complaint on June 11, 2008. Therefore, Plaintiff has 120 days from June 11, 2008 in which to serve DC. Until DC has been served or the time to serve has expired, this Court does not have jurisdiction to hear pleadings from them and this court should deny their motion as premature.

### II.   BRIEF PROCEDURAL HISTORY

Plaintiff filed her original lawsuit on May 10, 2007. After some limited discovery, Plaintiff moved this Court to amend her complaint on May 1, 2008 to, among other things, add DC as a defendant. This Court granted Plaintiff's Motion to Amend her complaint on June 11, 2008.

### III.   ARGUMENT

1. **Defendant's Motion to Dismiss Should Be Denied Because Plaintiff Has Until October 14, 2008 to Effect Service Upon Defendant District of Columbia.**

   DC filed their motion on July 14, 2008.  As of that date, only thirty-three (33) days had passed since the Court's order granting Plaintiff's Amended Complaint.  Pursuant to the Local Rules of the United States District Court for the District of Columbia 15.1, "[t]he amended pleading shall be deemed to have been filed and served by mail on the date on which the order granting the motion is entered."  Pursuant to Fed.R.Civ.P. 4(m), Plaintiff has 120 days to effect service upon DC.  Based on the Court's Order of June 11, 2008, Plaintiff has until October 14, 2008 to effect proper service upon DC.  Therefore, while it is true that "a copy of the summons and of the amended complaint was not served on the Mayor" that does not mean that Plaintiff's have failed to serve DC.  (See DC motion, p. 8).

2. **Defendant's Motion to Dismiss Should Be Denied Since It Is Premature As They Have Not Been Served and, Therefore, The Court Lacks Jurisdiction Over Them.**

   Defendant's Motion to Dismiss is premature.  This Court has ruled on similar motions holding that, until the defendants have been served, any motion to dismiss is premature.  (See *Anderson v. Hall,* 755 F.Supp. 2, 4 (D.D.C.,1991) " Federal Rule of Civil Procedure 4(j) provides only that defendants must be served within 120 days after the filing of a complaint. However, defendants filed their motion to dismiss less than three weeks after plaintiff filed her complaint. Thus, defendants' motion was premature."; See also *Olaniyi v. District of Columbia,* 416 F.Supp.2d 43, 51 (D.D.C.,2006) "plaintiff states that the time prescribed by Federal Rule of Civil Procedure 4(m) to identify and serve the John Doe defendants has not yet run, and that the defendants' motion is therefore premature. The Court agrees with the plaintiff.").

Until Plaintiffs serve DC, this Court lacks jurisdiction to hear pleadings from them. "[U]nless the procedural requirements of effective service of process are satisfied, a court lacks power to assert personal jurisdiction over a defendant." *Wilson v. Prudential Financial,* 332 F.Supp.2d 83, 87 (D.D.C.,2004) (citing *Gorman v. Ameritrade Holding Corp.*, 293 F.3d 506, 514 (D.C.Cir.2002) (citing *Omni Capital Int'l, Ltd. v. Rudolf Wolff & Co., Ltd.*, 484 U.S. 97, 104 (1987))).

Assuming, *arguendo*, that this Court finds Defendant District of Columbia's Motion to Dismiss is properly before it, Plaintiff requests 11 days from the date of the Court's Order to respond to Defendant District of Columbia's argument concerning D.C. Official Code §12-309 notice.

## IV.    CONCLUSION

Since Plaintiff has until October 14, 2008 to serve DC and this Court does not have jurisdiction to hear premature motions from a party yet to be served, this Court should deny Defendant District of Columbia's Motion to Dismiss.

Respectfully submitted,
By:    /s/ Ernest W. McIntosh
Ernest W. McIntosh
Newman, McIntosh & Hennessey, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814
(301) 654-3400
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to the United States District Court Local Rule for the District of Columbia 5.4(d), I hereby certify that a copy of the foregoing Motion to Amend Complaint was served via the CM/ECF electronic filing system on July 24, 2008 to counsel of record.

                                                /s/ Ernest W. McIntosh
                                                Ernest W. McIntosh

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
*Civil Division*

| | |
|---|---|
| **JOAN CLARK**               ) | |
| **Plaintiff**                )  | |
|                              )  | |
| v.                           )  | CA NO. 1:07-cv-00883 |
|                              )  | Judge Richard J. Leon |
| **ESTATE OF DAVID S. FLACH, et al.** ) | |
| **Defendants**               )  | |

-----------------------------------------------------

**ORDER**

UPON CONSIDERATION of Defendant District of Columbia's Motion to Dismiss, Plaintiff's Opposition thereto, any Reply and the entire record herein, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED**, that Defendant District of Columbia's Motion to Dismiss is hereby **DENIED**.

_____
The Honorable Richard J. Leon
United States District Court for the District of Columbia

**Copies to**:

Ernest W. McIntosh
NEWMAN, MCINTOSH & HENNESSEY, LLP
7315 Wisconsin Ave., Suite 700E
Bethesda, MD 20814

and

Carol Connolly, Esq.
General Litigation, Section III
District of Columbia Office of the Attorney General
441 4th Street NW, 6th Floor South
Washington, DC 20001